**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

FRANKLIN ALEXIS LINAREZ VILCHEZ,
by and through next friend,
EMILY CHAFFIN,

                          Petitioner,

v.                                CIVIL ACTION NO. 3:26-0261

DAVID KLUEMPER,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
JOHN RIFE,
Field Office Director, Philadelphia Field Office,
United States Immigration and Customs Enforcement;
TODD M. LYONS,
Acting Director,
United States Immigration and Customs Enforcement;
MARKWAYNE MULLIN,
Secretary of Homeland Security;
TODD BLANCHE,
Acting United States Attorney General,
in their official capacities,

                          Respondents.

**ORDER**

Pending is Petitioner's Petition for Writ of Habeas Corpus, ECF No. 1, and Respondents'

Motion to Dismiss, ECF No. 9. Respondents are **DIRECTED** to file any reply to Petitioner's

Response in Opposition to Respondents' Motion to Dismiss, ECF No. 11, **by today, April 15,**

**2026, at 6:00 PM**. The reply shall be emailed to the Court contemporaneously with its electronic

filing.

-2-

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER:        April 15, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE

-2-