**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

FRANKLIN ALEXIS LINAREZ VILCHEZ,

          Petitioner,

v.                                                    CIVIL ACTION NO. 3:26-0261

DAVID KLUEMPER,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
JOHN RIFE,
Field Office Director, Philadelphia Field Office,
United States Immigration and Customs Enforcement;
TODD M. LYONS,
Acting Director,
United States Immigration and Customs Enforcement;
MARKWAYNE MULLIN,
Secretary of Homeland Security;
TODD BLANCHE,
Acting United States Attorney General,
in their official capacities,

          Respondents.

**JUDGMENT ORDER**

For the reasons stated in the Memorandum Opinion and Order entered in the above-styled matter, the Court **ORDERS** judgment be entered in favor of Petitioner Franklin Alexis Linarez Vilchez and this case be dismissed and stricken from the docket.

The Court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and to any unrepresented party.

ENTER:        April 17, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE